UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-149 JHN (FFM) | Date | April 28, 2010 |
|---|---|---|---|
| Title | NEMAT ASGARI, et al. v. DR. R. MEYERS, M.D., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

    Pursuant to Federal Rule of Civil Procedure 4(m), plaintiffs are required to serve the summons and complaint on defendants within 120 days of filing the complaint. That date has long since passed. Therefore, plaintiffs are ordered to show cause within 30 days of the date of this order, why this action should not be dismissed for failure to serve process.