```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                         JUN 25 2010

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEMAT ASGARI, et al., | No. CV 09-149 JHN (FFM) |
| Plaintiff, | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| Dr. R. MEYERS, M.D., et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that plaintiff Salman is dismissed from this action without prejudice.

DATED: June 25, 2010

JACQUELINE H. NGUYEN
United States District Judge