1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    CENTRAL DISTRICT OF CALIFORNIA
8                         WESTERN DIVISION
9

| | |
|---|---|
| 10   NEMAT ASGARI, et al., | )   Case No. CV 09-149 JHN (FFM) |
| 11                        Plaintiffs, | )   ORDER ADOPTING FINDINGS, |
| 12                   v. | )   CONCLUSIONS AND RECOMMENDATIONS OF |
| 13   DR. R. MEYERS, M.D., et al., | )   UNITED STATES MAGISTRATE JUDGE |
| 14                        Defendants. | ) |
| 15 _____ | ) |

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records

17   and files herein, and the Report and Recommendation of United States Magistrate Judge.

18   The Court concurs with and adopts the findings, conclusions and recommendations of

19   the Magistrate Judge.

20        IT IS ORDERED that Judgment be entered dismissing this action without

21   prejudice.

22

23   DATED: October 1, 2010

24                                        _____
25                                        JACQUELINE H. NGUYEN
                                          United States District Judge
26
27
28