UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEMAT ASGARI, et al., | Case No. CV 09-149 JHN (FFM) |
| Plaintiffs, | JUDGMENT |
| v. | |
| DR. R. MEYERS, M.D., et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiffs take nothing by their Complaint and that this action is dismissed without prejudice.

DATED: October 1, 2010

_____
JACQUELINE H. NGUYEN
United States District Judge